In the Matter of IRENE C. MILLER, Petitioner, against J. RAYMOND McGOVERN, as Comptroller of the State of New York, Respondent.— Motion for reargument granted and the matter is added to the foot of the calendar of this term of court. Application in all other respects denied. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See 283 App. Div. 575; see *post*, p. 989.]

In the Matter of the Claim of FRED SMITH, Respondent, against CITY OF ROCHESTER, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See *ante*, p. 46.]

In the Matter of W. G. BRIGGS et al., Doing Business as SOUTHERN DISTRICT COURT REPORTERS, Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for permission to appeal to the Court of Appeals granted, and this court certifies that in its opinion questions of law are involved which ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See *ante*, p. 87.]

In the Matter of CONSUMER-FARMER MILK COOPERATIVE, INC., Petitioner, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See 284 App. Div. 999.]

In the Matter of the Claim of RICHARD T. WARBOYS, Respondent, against KRAFT FOODS Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down December 29, 1954, amended so as to provide that costs be divided equally between the claimant and the Workmen's Compensation Board, with disbursements to each. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See 284 App. Div. 1090.]

INDUSTRIAL BANK OF SCHENECTADY, Respondent, v. WALTER JACK, Defendant, and MATTHEW J. MADERIC, Appellant.— Motion for reargument denied, without costs. The issue of the validity of the complaint was not before us. Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ. [See 284 App. Div. 1083.]